## 42568. In re HALL COUNTY GRAND JURY PROCEEDINGS.

(338 SE2d 864)

MARSHALL, Presiding Justice.

We are informed by the parties that as a result of the grant of a motion to suppress evidence gathered in a search of the Kellehers' residence, the state is no longer pursuing its subpoena of Mr. Binion before the Hall County Grand Jury. Therefore, the writ of certiorari we granted in this case, 175 Ga. App. 349 (333 SE2d 389) (1985) is vacated as moot.

*Writ of certiorari vacated. All the Justices concur.*

DECIDED NOVEMBER 27, 1985.

*Howard J. Manchel,* for appellant.

*Bruce L. Udolf, District Attorney, Charles C. Olson, Assistant District Attorney,* for appellee.

*Alston & Bird, Sidney O. Smith, Jr., Kevin E. Grady,* amicus curiae.